# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 16, 2010

No. 09-20495

Lyle W. Cayce
Clerk

TINA M. RANDOLPH,

> Plaintiff - Appellant - Cross Appellee

v.

DIMENSION FILMS; MIRAMAX FILM CORP.; SONY PICTURES ENTERTAINMENT, INC.; BUENA VISTA HOME ENTERTAINMENT, INC.; COLUMBIA PICTURES; THE WALT DISNEY CO.; TROUBLEMAKER STUDIOS; ROBERT RODRIGUEZ; R. M. RODRIGUEZ, By parent and next friend, Robert Rodriguez; ELIZABETH AVELLAN; JOHN DOE(S) 1-999,

> Defendants - Appellees - Cross Appellants

JOHN DOE(S) 1-999

> Defendant - Appellee

Appeals from the United States District Court
for the Southern District of Texas
No. 4:08-CV-1836

Before HIGGINBOTHAM, DAVIS, and BENAVIDES, Circuit Judges.

No. 09-20495

PER CURIAM:[*]

We affirm for essentially the reasons stated by the trial judge.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.